**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13cr0131-~~JLS~~ |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JESUS MUNOZ GONZALEZ, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

   21:952 and 960 - Importation of Heroin;

   21:952 and 960 - Importation of Cocaine

   21:952 and 960 - Importation of Methamphetamine

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/20/13

Karen S. Crawford
U.S. Magistrate Judge